Order Prepared By:
**Adam D. Ford** (UTB #11363)
**Matthew B. Crane** (UTB #13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
          matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation, HD DEVELOPMENT OF MARYLAND, INC., a Maryland Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I-X.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:16-CV-1266-DB<br><br>Judge Dee Benson |

This matter is before the court pursuant to the stipulated motion to dismiss filed by the parties on March 9, 2018. Having reviewed the Motion, there appears good cause that the Motion should be GRANTED.

IT ISHEREBY OREDERED, ADJUDGED AND DECREED that this case is dismissed, with prejudice.

1

DATED this 9th day of March, 2018.

BY THE COURT

United States Judge Dee Benson